# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129240 & (49)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TERRACE LAND DEVELOPMENT
CORPORATION, C AND L, INC., and
PETER SHEFMAN,
            Plaintiffs-Appellants,

v

SC: 129240
COA: 251699
Washtenaw CC: 99-005118-NM

SEELIGSON & JORDAN, LESLIE R.
SEELIGSON, and LAWRENCE R. JORDAN,
            Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the April 28, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for adjournment or abeyance is also considered, and it is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

t0221